IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON TENNEY,

        Plaintiff,

   v.

ASTRAZENECA PHARMACEUTICALS,

        Defendant.
                                   /

No. C 06-00541 CW

ORDER TEMPORARILY STAYING ACTION

    IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation (MDL 1769) regarding the transfer of this case for consolidated pretrial proceedings. All hearing and motion dates are VACATED pending further order of this Court.

    **Plaintiff shall serve on all other parties a copy of this Order.**

Dated: 4/20/06

                                      CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE