**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON R. TENNEY, et al.,

      Plaintiffs,

  v.

ASTRAZENECA PHARMACEUTICALS, et al.,

      Defendants.

                               /

No.  C-06-0541 CW

ORDER DENYING
MOTION FOR
ADMINISTRATIVE
RELIEF

On July 14, 2006, Plaintiffs filed a Motion for
Administrative Relief: Omnibus Request for Orders Approving
Dismissal Without Prejudice; Defendants AstraZenecca
Pharmaceuticals LP and AstraZenecca LP oppose the motion.  The
Court previously issued an Order Temporarily Staying Action in
which all further proceedings in this case are stayed pending
transfer of the case by the Judicial Panel on Multidistrict
Litigation (MDL) for consolidated pretrial proceedings.
Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' motion for
administrative relief to dismiss the above-captioned case without
prejudice is denied without prejudice to refiling in the District
Court to which the case is transferred by the MDL.

Dated: 7/25/06

_____
CLAUDIA WILKEN
United States District Judge